FILED

07/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0227

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. 20-0227

_____

DEBBIE MARIE WELSCH,

      Plaintiff and Appellant,

vs.

SPECTRUM MEDICAL,

      Defendant and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's Motion for Extension of Time to File Answer Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time up to and including August 14, 2020, within which to prepare, file, and serve Appellee's answer brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 10 2020